JURY,RAMIREZ

# U.S. District Court
## Northern District of Texas (Dallas)
## CIVIL DOCKET FOR CASE #: 3:17–cv–03045–L

Pearson v. Sonic Corp.

Assigned to: Judge Sam A Lindsay

Cause: 28:1332 Diversity–Personal Injury

Date Filed: 11/03/2017

Jury Demand: Plaintiff

Nature of Suit: 360 Torts/Pers Inj: Other Personal Injury

Jurisdiction: Diversity

**Plaintiff**

**Dometric Pearson**                            represented by   **William B Federman**

Federman & Sherwood

10205 N Pennsylvania Ave

Oklahoma City, OK 73120

405/235–1560

Fax: 405/239–2112

Email: wbf@federmanlaw.com

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

**Sonic Corp**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2017 | 1 | COMPLAINT WITH JURY DEMAND against Sonic Corp. filed by Dometric Pearson. (Filing fee $400; Receipt number 0539–8782829) Plaintiff will submit summons(es) for issuance. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Cover Sheet) (Federman, William) (Entered: 11/03/2017) |
| 11/03/2017 | 2 | Request for Clerk to issue Summons filed by Dometric Pearson. (Federman, William) (Entered: 11/03/2017) |
| 11/03/2017 | 3 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Dometric Pearson. (Federman, William) (Entered: 11/03/2017) |
| 11/03/2017 | 4 | NOTICE of Attorney Appearance by William B Federman on behalf of Dometric Pearson. (Filer confirms contact info in ECF is current.) (Federman, William) (Entered: 11/03/2017) |
| 11/03/2017 | 5 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Ramirez). Clerk to |

|  |  | provide copy to plaintiff if not received electronically. (ykp) (Entered: 11/03/2017) |
|---|---|---|
| 11/03/2017 | ï 6 | Summons Issued as to Sonic Corp. (ykp) (Entered: 11/03/2017) |
| 11/09/2017 | ï 7 | WAIVER OF SERVICE Returned Executed as to Sonic Corp. Waiver sent on 11/8/2017. (Federman, William) (Entered: 11/09/2017) |
| 11/14/2017 | ï 8 | Court Request for Recusal: Senior Judge A. Joe Fish recused. Pursuant to instruction in Special Order 3–249, the Clerk has reassigned the case to Judge Sam A Lindsay for all further proceedings. Future filings should indicate the case number as: 3:17–CV–3045–L. (axm) (Entered: 11/14/2017) |
| 12/15/2017 | ï 9 | CONDITIONAL TRANSFER ORDER: The JPML has issued the attached order in MDL 2807, and that order has now been filed in the Northern District of Ohio. (epm) (Entered: 12/15/2017) |